JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

HARVARD GLENMARY, LP,

              Plaintiff,

    v.

RONALD WILSON, et al.,

              Defendants.

Case No. CV 19-1947 DSF (SSx)

**ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION**

    The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

    On March 15, 2019, Defendant, having been sued in what appears to be a routine unlawful detainer action in California state court, filed a Notice of Removal of that action to this Court and presented an application to proceed in forma pauperis. The Court has denied the IFP application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

1

1      Simply stated, this action could not have been originally
2  filed in federal court because the complaint does not competently
3  allege facts supporting either diversity or federal-question
4  jurisdiction, and therefore removal is improper. 28 U.S.C.
5  § 1441(a); see Exxon Mobil Corp. v. Allapattah Svcs., Inc., 545
6  U.S. 546, 563 (2005).

7

8      Accordingly, IT IS ORDERED that (1) this matter be REMANDED
9  to the Superior Court of California, County of Los Angeles, Stanley
10  Mosk Courthouse, 111 North Hill Street, Los Angeles, California
11  90012, for lack of subject matter jurisdiction pursuant to 28
12  U.S.C. § 1447(c); (2) the Clerk send a certified copy of this Order
13  to the state court; and (3) the Clerk serve copies of this Order
14  on the parties.

15

16      IT IS SO ORDERED.

17

18  DATED: March 28, 2019

19  _____
      DALE S. FISCHER
20      UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28